IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

      Plaintiff,

v.                                                                                  Case No.: 22-12478

SHERRY L. VAJDA,                                                    HON. MARK A. GOLDSMITH

      Defendant.

_____/

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT (Dkt. 11)

THIS CAUSE is before the Court upon Plaintiff American General Life Insurance Company's Renewed Motion for Entry of Default Judgment against Defendant Sherry L. Vajda (Dkt. 11, the "Motion"), filed on April 5, 2023. A clerk's default was entered against Defendant on February 10, 2023 (Dkt. 7), because Defendant failed to answer or otherwise plead to the complaint, despite having been served. See Dkt. 5. The Court has carefully considered the Motion, the record and the applicable law, and is otherwise fully advised. For these reasons, the Motion is **GRANTED**.

      SO ORDERED.

Dated: April 21, 2023                                    s/Mark A. Goldsmith
     Detroit, Michigan                             MARK A. GOLDSMITH
                                                           United States District Judge