IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

SHERRY L. VAJDA,

    Defendant.

_____/

Case No.: 22-12478

HON. MARK A. GOLDSMITH

## **FINAL JUDGMENT**

Pursuant to this Court's Order Granting Motion for Entry of Default Judgment, it is hereby **ORDERED** that:

1.    JUDGMENT is entered in favor of Plaintiff American General Life Insurance Company, and against Defendant Sherry L. Vajda.

2.    Life insurance policy no. 4209650106 issued by Plaintiff to Defendant ("Policy") is null, void, and rescinded ab initio.

3.    No insurance was ever in effect under the Policy, and Plaintiff has no further obligations under the Policy.

4. This is a final judgment that disposes of all claims and defenses. All pending motions not otherwise ruled upon are DENIED as moot. This case is CLOSED.

SO ORDERED.

Dated: April 21, 2023  
      Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge